UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DOLORES BEST, Executrix of the Estate of Willie Best, Deceased )<br><br>    Plaintiff,              )<br>                                 )<br>    v.                           )<br>                                 )<br>UNITED STATES OF AMERICA, )<br>                                 )<br>    Defendant.            )<br>_____) | Civil Action No. 07-007 (PLF) |

### ENTRY OF APPEARANCE

Please enter the appearance of Assistant United States Attorney Darrell C. Valdez as government counsel in this action.

Respectfully submitted,


 /s/ Darrell C. Valdez
DARRELL VALDEZ, D.C. Bar #420232
Assistant United States Attorney
Judiciary Center Building, Civil Division
555 Fourth Street, N.W.
Washington, D.C.  20530
(202) 307-2843