UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DOLORES BEST, Executrix of the Estate of Willie Best, Deceased )<br>)<br>  Plaintiff, )<br>)<br>  v. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>  Defendant. )<br>_____) | Civil Action No. 07-007 (PLF) |

### DEFENDANT'S UNOPPOSED MOTION TO ENLARGE TIME TO RESPOND TO THE COMPLAINT

Defendant United States, respectfully moves this Court for an Order enlarging the time an additional 30 days, up to and including May 2, 2007, within which it may respond to the Complaint in the above-captioned matter. In support of this motion, the Defendant respectfully states as follows:

1. Plaintiff Dolores Best brought this action under the Federal Tort Claims Act, 28 U.S. C. § 2871, et seq., alleging that the Department of Justice and the United States Attorney's Office acted negligently in protecting Willie Best from the criminal acts of others. The government's response is currently due April 2, 2007.

2. The undersigned Assistant United States Attorney is currently seeking authority from the Department of Justice to raise certain defenses to the complaint, however, the Department of Justice has recently informed counsel that it needs additional information before granting authority. Accordingly, additional time is needed to complete the authority process and to incorporate the defenses into Defendant's response.

3.	The Defendant is requesting an additional 30 days because the undersigned Assistant United States Attorney has been involved in several matters that will be occupying his time and attention, including extensive discovery and filing objections to a Magistrate Judge's recommendation in the consolidated matters of <u>Ascom Hasler Mailing Systems, Inc. v. U.S. Postal Service</u>, No. 00cv1401 (PLF), <u>Neopost, Inc., v. U.S. Postal Service</u>, No. 00cv2089 (PLF), and <u>Francotyp-Postalia, Inc. v. U.S. Postal Service</u>, No. 01cv804 (PLF); a Motion for Partial Judgment on the Pleadings in <u>Tolbert-Smith v. Bodeman</u>, 06cv1216 (RWR); a Reply memorandum in <u>Dage v. Johnson</u>, 04-0221 (JGP); extensive and ongoing discovery in <u>Rochon v. FBI</u>, 03cv958 (RCL); and trial preparation in the matter of <u>Czekalski v. Mineta</u>, 02cv1403 (DAR).  Thus, the requested enlargement is necessary to allow Defendant's counsel to prepare an appropriate response.

4.	Pursuant to Local Rule 7(m), counsel for the United States contacted counsel for Plaintiff to discuss the above motion.  Counsel for Plaintiff does not oppose the enlargement.

WHEREFORE, for all of the foregoing reasons, Defendant respectfully requests that the Court enlarge the time, up to and including May 2, 2007, within which the Defendant may file its response to the Complaint in the above-captioned matter.

A proposed order that would grant the relief sought is attached.

Respectfully submitted,


  /s/ Jeffrey A. Taylor
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


  /s/ Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney


  /s/ Darrell C. Valdez
DARRELL C. VALDEZ, D.C. BAR # 420232
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W., Civil Division
Washington, D.C.  20530
(202) 307-2843

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DOLORES BEST, Executrix of the Estate of Willie Best, Deceased )<br><br>Plaintiff, )<br><br>v. )<br><br>UNITED STATES OF AMERICA, )<br><br>Defendant. ) | Civil Action No. 07-007 (PLF) |

**ORDER**

Upon consideration of Defendant's Motion to Enlarge the Time to Respond to the Complaint and the fact that Plaintiff consents thereto, it is this _____ day of April, 2007

ORDERED that the motion is GRANTED, and it is further

ORDERED that Defendant shall respond to the complaint in the above-captioned matter by May 2, 2007.


_____
PAUL F. FRIEDMAN
UNITED STATES DISTRICT JUDGE