UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DOLORES BEST, Executrix of the Estate of Willie Best, Deceased )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>Defendant. )<br>) | Civil Action No. 07-007 (PLF) |

**DEFENDANT'S SECOND UNOPPOSED MOTION TO ENLARGE TIME
TO RESPOND TO THE COMPLAINT**

Defendant United States, respectfully moves this Court for an Order enlarging the time an additional 21 days, up to and including May 23, 2007, within which it may respond to the Complaint in the above-captioned matter. In support of this motion, the Defendant respectfully states as follows:

1. Plaintiff Dolores Best brought this action under the Federal Tort Claims Act, 28 U.S. C. § 2871, et seq., alleging that the Department of Justice and the United States Attorney's Office acted negligently in protecting Willie Best from the criminal acts of others. The government's response is currently due May 2, 2007.

2. The undersigned Assistant United States Attorney is still awaiting authority from the Department of Justice to raise certain defenses to the complaint. In addition, counsel for Defendant has been involved in numerous matters, including preparing an extensive Opposition and Cross-Motion for Summary Judgment in Takeda Pharmaceuticals Co. LTD v. Dudas, 06cv1640 (TFH); a Reply brief in Smith v. United States, 06cv633 (RBW); discovery in Rochon

v. FBI, 03cv958 (RCL); appellate filings in the consolidated matters of Ascom Hasler Mailing Systems, Inc.v. USPS, 00cv1401, Neopost, Inc. v. USPS, 00cv2089, and FrancoTyp Postalia, Inc. v. USPS, 01cv804 (PLF); and preparing for trial in Czekalski v. Mineta, 02cv1403 (DAR), counsel is unable to timely prepare the responsive pleading. Accordingly, additional time is needed to complete the authority process and to prepare Defendant's response.

      3.      The Defendant is requesting an additional 21 days because the undersigned Assistant United States Attorney is scheduled to begin a trial in the matter of Czekalski v. Mineta, 02cv1403 (DAR), on May 7, 2007, which is expected to last approximately two weeks. Thus, the requested enlargement is necessary to allow Defendant's counsel to prepare an appropriate response.

      4.      Pursuant to Local Rule 7(m), counsel for the United States contacted counsel for Plaintiff to discuss the above motion. Counsel for Plaintiff consents to the enlargement.

WHEREFORE, for all of the foregoing reasons, Defendant respectfully requests that the Court enlarge the time, up to and including May 23, 2007, within which the Defendant may file its response to the Complaint in the above-captioned matter.

A proposed order that would grant the relief sought is attached.

Respectfully submitted,


 /s/ Jeffrey A. Taylor
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


 /s/ Rudolph Contreras
RUDOLPH  CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney


 /s/ Darrell C. Valdez
DARRELL C. VALDEZ, D.C. BAR # 420232
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W., Civil Division
Washington, D.C.  20530
(202) 307-2843

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DOLORES BEST, Executrix of the Estate of Willie Best, Deceased )<br><br>Plaintiff, )<br><br>v. )<br><br>UNITED STATES OF AMERICA, )<br><br>Defendant. ) | Civil Action No. 07-007 (PLF) |

**ORDER**

Upon consideration of Defendant's Motion to Enlarge the Time to Respond to the Complaint and the fact that Plaintiff consents thereto, it is this _____ day of May, 2007

ORDERED that the motion is GRANTED, and it is further

ORDERED that Defendant shall respond to the complaint in the above-captioned matter by May 23, 2007.

_____
PAUL F. FRIEDMAN
UNITED STATES DISTRICT JUDGE