**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DOLORES BEST, Executrix of the Estate of Willie Best, Deceased )<br><br>　　　　Plaintiff, )<br><br>　　v. )<br><br>UNITED STATES OF AMERICA, )<br>Defendant. ) | Civil Action No. 07-007 (PLF) |

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE TIME HAVING EXPIRED TO RESPOND TO DEFENDANT'S MOTION TO DISMISS AND FOR SUMMARY JUDGEMENT**

　　COMES, now the Plaintiff, through counsel, Kenneth D. Bynum and Ronald Dixon, and respectfully moves this Court for an Order allowing the Plaintiff to file its opposition to the Defendant's motion to dismiss and for summary judgment out of time. In support of this motion, the Plaintiff respectfully states as follows:

1. Plaintiff Dolores Best brought this action under the Federal Tort Claims Act, 28 U.S. C. § 2871, et seq., alleging that the Department of Justice and the United States Attorney's Office acted negligently in protecting Willie Best from the criminal acts of others.

2. The Plaintiff composed its opposition to the Defendant's motion which took slightly longer than Plaintiff originally anticipated.

3. Plaintiff's opposition to Defendant's motion to dismiss, which was due on June 4, 2007, was finalized on June 4, 2007, but it took until 12:21 A.M. on June 5, 2007, to get it into the electronic system.

4. Pursuant to Local Rule 7(m), counsel for the Plaintiff contacted counsel for

The Defendant to discuss the above motion. Counsel for the Defendant consents to the late filing.

    WHEREFORE, for all of the foregoing reasons, Plaintiff respectfully requests that the Court grant it leave to file its opposition to Defendant's motion to dismiss and for summary judgment. time having expired.

A proposed order that would grant the relief sought is attached.

                                             Respectfully submitted,

                                             *Kenneth D. Bynum*
                                             Kenneth D. Bynum
                                             Ronald Dixon
                                             Bynum and Jenkins, PLLC
                                             Suite 320
                                             901 N. Pitt Street
                                             Alexandria, Virginia 22314
                                             (703) 549-7211

Case 1:07-cv-00007-PLF   Document 7   Filed 06/05/2007   Page 2 of 2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DOLORES BEST, Executrix of the Estate of Willie Best, Deceased )<br>)<br>Plaintiff,                )<br>)<br>v.                       )<br>)<br>UNITED STATES OF AMERICA,   )<br>Defendant.               )<br>                         ) | Civil Action No. 07-007 (PLF) |

**ORDER**

Upon consideration of Plaintiff's Motion for leave to file, Opposition to Defendant's Motion to Dismiss and Summary Judgment, time having expired and the fact that Defendant consents thereto, it is this _____ day of June, 2007 ORDERED that the motion is GRANTED, and it is further

ORDERED that the Plaintiff's Opposition to Defendant's Motion to Dismiss and Summary Judgment in the above-captioned matter shall be accepted for filing as of June 5, 2007.

_____
PAUL F. FRIEDMAN
UNITED STATES DISTRICT
JUDGE