UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DOLORES BEST, Executrix of the Estate of Willie Best, Deceased | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 07-007 (PLF) ) |
| UNITED STATES OF AMERICA, | ) ) ) |
| Defendant. | ) ) |

**DEFENDANT'S CONSENT MOTION TO ENLARGE TIME TO FILE
REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION
TO DISMISS OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT**

Defendant United States, respectfully moves this Court for an Order enlarging the time an additional 14 days, up to and including June 29, 2007, within which it may reply to the Plaintiff's Opposition to Defendant's Motion to Dismiss or, in the Alternative, for Summary Judgment in the above-captioned matter. In support of this motion, the Defendant respectfully states as follows:

1. Plaintiff Dolores Best brought this action under the Federal Tort Claims Act, 28 U.S. C. § 2871, et seq., alleging that the Department of Justice and the United States Attorney's Office acted negligently in protecting Willie Best from the criminal acts of others.

2. On May 23, 2007, Defendant filed a Motion to Dismiss or, in the Alternative, for Summary Judgment asserting that the Court lacks subject matter jurisdiction over the Plaintiff's tort claim in that it is barred by the discretionary function exception of the FTCA; and further failed to state a private analogue under local law. Dkt. No. 5.

3. With Defendant's consent, Plaintiff late-filed an Opposition to the Defendant's Motion March 13, 2006. Dkt. No. 6-7. Defendant's Reply Memorandum is currently due on

Friday, June 15, 2007.

4.      The enlargement is needed because the agency representative who supervises the United States Attorney's Office Victim Witness Assistance Unit (VWAU) is out of the country on travel, and will not return until the date that the reply is due.  Accordingly, the additional time is needed to prepare an appropriate reply.

5.      Pursuant to Local Rule 7(m), counsel for the United States contacted counsel for Plaintiff to discuss the above motion.  Counsel for Plaintiff consents to the enlargement.

WHEREFORE, for all of the foregoing reasons, Defendant respectfully requests that the Court enlarge the time, up to and including June 29, 2007, within which the Defendant may file its reply to Plaintiff's Opposition to the Motion to Dismiss, or in the Alternative, for Summary Judgment in the above-captioned matter.

A proposed order that would grant the relief sought is attached.

Respectfully submitted,

 /s/ Jeffrey A. Taylor
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


 /s/ Rudolph Contreras
RUDOLPH  CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney


 /s/ Darrell C. Valdez
DARRELL C. VALDEZ, D.C. BAR # 420232
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W., Civil Division
Washington, D.C.  20530
(202) 307-2843

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DOLORES BEST, Executrix of the Estate of Willie Best, Deceased )<br><br>Plaintiff, )<br><br>v. )<br><br>UNITED STATES OF AMERICA, )<br><br>Defendant. ) | Civil Action No. 07-007 (PLF) |

**ORDER**

Upon consideration of Defendant's Motion to Enlarge the Time to File a Reply to Plaintiff's Opposition to Defendant's Motion to Dismiss, or in the Alternative, for Summary Judgment and the fact that Plaintiff consents thereto, it is this _____ day of June, 2007

ORDERED that the motion is GRANTED, and it is further

ORDERED that Defendant shall file its Reply to Plaintiff's Opposition by June 29, 2007.

_____
PAUL F. FRIEDMAN
UNITED STATES DISTRICT JUDGE