UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DOLORES BEST, Executrix of the Estate of Willie Best ) ) ) Plaintiff, ) ) ) v. ) ) ) UNITED STATES OF AMERICA, ) ) Defendant ) | Civil Action No. 07-007(PLF) |

NOTICE OF APPEAL

Notice is hereby given that the Plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the District of Columbia Circuit the District's Court's December 3, 2007 Order granting the Motion to Dismiss/Summary Judgment of the Defendant.

January 2, 2008

Respectfully submitted,

BYNUM AND JENKINS, PLLC

*[signature]*
Ronald Dixon
DC Bar No. 954628

*[signature]*
Kenneth D. Bynum
DC Bar No. 424515

Suite 320
901 North Pitt Street
Alexandria, Va. 22314
703 549-72111
703 549-7701 (Fax)
Attorneys for Plaintiff, Dolores Best

RECEIVED
JAN - 2 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CERTIFICATE OF SERVICE

I CERTIFY THAT I SERVED BY first class mail, postage prepaid this 2nd day of January 2008, the Plaintiff's Notice of Appeal upon, Darrel Valdez, Assistant United States Attorney, 555 4th Street, N.W. Washington, D.C. 20001.

_____
Ronald Dixon